## DECISION REGARDING MY APPEAL

I am the defendant in **United States v. Munson P. Hunter, III**, Cr. No. **H-23-085-1**. I understand that I have the right to appeal the conviction and sentence in this case and to have the assistance of appointed counsel on appeal. I understand that I do not have to pay for the appeal. I understand that if I want to appeal, I must notify the court within fourteen days of entry of judgment in my case. Having discussed my appeal rights with my attorney, I make the following decision with regard to my appeal:

United States District Court
Southern District of Texas
**FILED**

MAY 10 2024

Nathan Ochsner, Clerk of Court

[WRITE YOUR INITIALS NEXT TO **ONE** CHOICE ONLY]

_____   I DO NOT want to appeal

_____   I wish to appeal my SENTENCE ONLY

___MH___   I wish to appeal my CONVICTION and SENTENCE

Further, I authorize my attorney to file this document in the public records of the court.


## DECISION SOBRE MI APELACIÓN

Yo soy el acusado en **United States v. Munson P. Hunter, III**, Cr. No. **H-23-085-1**. Entiendo que tengo el derecho de apelar el juicio de condena y sentencia en este caso así como para tener la ayuda de un abogado nombrado por la corte, sin costo para mí, durante dicha apelación. También entiendo que no tengo que pagar nada por dicha apelación y que puedo apelar sin costo alguno. También entiendo que si quiero apelar, debo notificarle a la corte dentro de 14 días después que se inscriba el juicio en mi caso en los expedientes de la corte. Después de discutir mi derecho de apelar con mi abogado, yo tomo la siguiente decisión con respecto a mi apelación:

[ESCRIBA SUS INICIALES AL LADO DE SOLAMENTE **UNA** OPCION]

_____   NO QUIERO apelar ni condena ni sentencia

_____   Quiero apelar SOLAMENTE MI SENTENCIA

_____   Quiero apelar mi CONDENA y mi SENTENCIA

Además, yo autorizo que mi abogado archive este documento en los expedientes púlicos de la corte.

DEFENDANT SIGNATURE/
FIRMA DEL ACUSADO/DE LA ACUSADA

DATE/FECHA: 5/10/2024

WITNESS SIGNATURE
NAME: BRANDON LEONARD
DATE: 5/10/24