| | |
|---|---|
| U.S. DISTRICT JUDGE **SIM LAKE** | CLERK, U.S. DISTRICT COURT |
| CASE MANAGER S. ANDERSON  RPTR / ~~ERO~~ G. DYE | SOUTHERN DISTRICT OF TEXAS |
| LAW CLERK J. WEST  USPO B. SWANE | FILED |
| INTERPRETER | May 10, 2024 |
| | NATHAN OSCHNER, CLERK |

TIME ____|____ A.M.   2:00 | 2:40 P.M.
         begin  end    begin   end

CR. NO. 4:23-cr-085   DEFT. NO. 1

UNITED STATES OF AMERICA          John R. Lewis          AUSA
vs.
MUNSON P. HUNTER, III             Brandon G. Leonard     CJA

## SENTENCING

- [ ] Defendant waived his right to appear in person and consented to appear by video
- [x] Sentencing held. ☒ Guilty plea ☐ Guilty verdict on 2/14/24, Ct(s) 5s.
- [ ] Sentencing held **with contested issues**.
- [x] SENTENCE: 51 mos BOP; 3 yrs SRT;
  Restitution: $235,438.83 (Capital One $105,595.06; Chase Bank $57,343.77; SBA $72,500.00);
  $100 S/A
  $100 special assessment on Count(s) 5s.
- [ ] **Time served**.
- [x] Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
- [x] Count(s) REMAINING dismissed on government's motion / Order to be entered.
- [ ] Deft ordered to surrender to U.S. Marshal on _____.
- [ ] Deft ordered to surrender to institution when designated.
- [ ] Change of plea hearing, deft withdraws plea of guilty.
- [ ] Jury trial set for _____ at _____.
- [ ] Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Deft bond ☐ continued ☐ forfeited.
- [ ] Deft to be released from custody.
- [x] Deft remanded to custody.
- [x] Terminate other settings for this deft. ☒ Terminate motions for this deft.

OTHER PROCEEDINGS: 1. Dft's objections to PSI ruled on as stated on the record.
2. PSR adopted as stated on the record.
3.