U.S. District Judge __**SIM LAKE**__         CLERK, U.S. DISTRICT COURT
Case Manager __S. ANDERSON__   RPTR / ~~ERO~~ __C. CUMMINGS__   SOUTHERN DISTRICT OF TEXAS
Law Clerk __J. WEST__   USPO __B. SWANE__         FILED
Interpreter _____         __May 16, 2024__
                    NATHAN OSCHNER, Clerk

Time ____|____ A.M.   __2:10__ | __2:25__ P.M.
     begin  end         begin    end

CR. No. __4:23-cr-085__   Deft. No. __2__

United States of America         §   __John R. Lewis__         AUSA
vs.                              §
__GREGORY THURMAN__              §   __Marjorie Meyers__        AFPD

## Sentencing

☐ Defendant waived his right to appear in person and consented to appear by video
☒ Sentencing held.  ☒ Guilty plea  ☐ Guilty verdict  on __10/12/23__, Ct(s) __1__.
☐ Sentencing held **with contested issues**.
☒ Sentence: __2 yrs Probation; No Fine;__
__Restitution: $73,000.00 (Capital One) (Jointly & Severally w/Co-Dft Gibbs);__
__$100 S/A__

   $100 special assessment on Count(s) __1__.
☐ **Time served**.
☐ Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
☒ Count(s) __REMAINING__ dismissed on government's motion / Order to be entered.
☐ Deft ordered to surrender to U.S. Marshal on _____.
☐ Deft ordered to surrender to institution when designated.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Jury trial set for _____ at _____.
☐ Deft bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft failed to appear, bench warrant to issue.
☐ Deft bond ☐ continued ☐ forfeited.
☐ Deft to be released from custody.
☐ Deft remanded to custody.
☒ Terminate other settings for this deft.   ☒ Terminate motions for this deft.
   Other Proceedings: __1. PSR adopted as stated on the record.__
                     __2. Motions ruled on as stated on the record.__
                     __3.__